# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | MAGISTRATE NO. |
| | : | |
| v. | : | |
| | : | |
| **RASHAWN MAXEY,** | : | VIOLATION: |
| | : | 18 U.S.C. §111(a)(1) |
| Defendant. | : | (**Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees**) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 27, 2018, within the District of Columbia, **RASHAWN MAXEY**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal Jessica Rogers, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees (Misdemeanor)**, in violation of Title 18, United States Code, Section 111(a)(1))

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845


By:    /s/
        SUMIT MALLICK
        Assistant United States Attorney
        D.C. Bar No. 1005754
        Violent Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Fourth Floor
        Washington, D.C. 20530
        (202) 252-6992